UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLOS DIVISION

| | | |
|---|---|---|
| MATTHEW PEIFFER, | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 1:26-CV-02173-TWP-MJD |
| WALMART INC., | ) | |
| Respondent. | ) | |

**WAIVER OF THE SERVICE OF SUMMONS**

**TO: Clerk of Court, Southern District of Indiana**

Respondent Walmart Inc. has received your request to waive service of a summons in this action, dated October 26, 2026. (Dkt. No. 11.)

Respondent Walmart Inc., whom I represent, agrees to waive formal service of a summons.

Walmart Inc. preserves all defenses or objections to this petition, the court's jurisdiction, and the venue of this action, but it waives any objections to the absence of a summons or service. In relevant part, Walmart Inc. reserves its right to move to dismiss this action for lack of subject matter jurisdiction.

Walmart Inc. understands it must file and serve a response or a motion under Rule 12 by **December 28, 2026.** Walmart Inc. further understands, if it fails to do so, a default judgment may be entered against it.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: s/ *Caitlin S. Schroeder*
Caitlin S. Schroeder, Attorney No. 30121-45
Allison E. McDevitt, Attorney No. 39774-53
300 N. Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 916-1300
Facsimile: (317) 916-9076
*caitlin.schroeder@ogletree.com*
*allison.mcdevitt@ogletree.com*

Attorneys for Walmart Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2026, a copy of the foregoing was filed electronically and was served on the *pro se* Plaintiff via FedEx:

Matthew Peiffer
Plaintiff *pro se*
119 S. Dill St.
Muncie, IN 47303

*/s/ Caitlin S. Schroeder*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: 317.916.1300
Facsimile: 317.916.9076